■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM SHERWOOD, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Niagara County Court, DiFlorio, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Denman, P. J., Boomer, Boehm, Fallon and Davis, JJ.

■ HENRY R. BARISH, on Behalf of Himself and All Others Similarly Situated, Appellant, v JUDITH M. SERVEY, on Behalf of Herself and All Others Similarly Situated, Respondent.— Appeal unanimously dismissed without costs as moot. Memorandum: The termination of the underlying criminal action renders the issues presented on this appeal moot. Further, we conclude that the appeal does not come within an exception to the mootness doctrine *(see, Matter of Hearst Corp. v Clyne,* 50 NY2d 707). (Appeal from Order of Supreme Court, Allegany County, Sprague, J.—Declaratory Judgment.) Present—Denman, P. J., Boomer, Boehm, Fallon and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RODNEY TAYLOR, Appellant, v FREDERICK RICHARDSON, as Superintendent of Cayuga Correctional Facility, Respondent.—Judgment unanimously affirmed. Memorandum: Habeas corpus relief is not available to petitioner because, even if he were to prevail on the motion, he is entitled only to a new hearing, not immediate release *(see, People ex rel. Maiello v New York State Bd. of Parole,* 101 AD2d 569, *affd* 65 NY2d 145). (Appeal from Judgment of Supreme Court, Cayuga County, Contiguglia, J.—Habeas Corpus.) Present—Callahan, J. P., Green, Balio, Lawton and Fallon, JJ.